UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MARK GRAYSON,<br>               Defendant. | Case No. 23-cr-00614<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    As stated on the record at today's status conference, a jury trial shall commence on **Monday, June 10, 2024 at 9:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Defendant shall make any substantive motions no later than **February 28, 2024**; the Government shall respond no later than **March 13, 2024**; and Defendant shall file any reply no later than **March 20, 2024**. All submissions shall comply with the Court's Individual Rules and Local Rules.

    IT IS FURTHER HEREBY ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **April 29, 2024:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **May 6, 2024:** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on his own case-in-chief, he shall also file his exhibits lists and witness lists at this time. |
| **May 13, 2024:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **May 29, 2024 at 11:00 a.m.** in the aforementioned courtroom.

Dated: February 15, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge