# THE LAW OFFICES OF SEAN M. MAHER, PLLC

February 28, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is GRANTED.  Defendant shall submit his motion to dismiss by **March 4, 2024**.  The Government shall respond by **March 18, 2024**.  Defendant shall submit any reply by **March 25, 2024**.
>
> Dated:  February 29, 2024
>         New York, New York
>
> SO ORDERED.
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

**RE:** *United States v. Mark Grayson*, 23 Cr. 614 (LTS)

Dear Judge Rochon:

    I respectfully write to request a brief time extension until Monday, March 4, 2024, to file a motion to dismiss the indictment on behalf of Mr. Grayson.

    Two weeks ago the Court set February 28, 2024 as the deadline for the defense to file pretrial motions. I have filed motions to suppress physical evidence and statements on behalf of Mr. Grayson, but need additional time to finish preparing a motion to dismiss the 18 U.S.C. § 922(g)(1) charge on Second Amendment grounds.

    Tomorrow I begin a trial as standby counsel before the Hon. Nelson S. Román that is anticipated to last 3 to 4 weeks. While I have endeavored to complete Mr. Grayson's motion to dismiss by February 28, with the added trial preparation I have needed to conduct, I need a few more days to prepare Mr. Grayson's motion to dismiss. Of course, I consent to any additional time the government might need to respond to the motion to dismiss. Filing the defense motion to dismiss by March 4 should not impact the trial scheduling order already set by the Court.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Mark Grayson*

cc:    All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM