IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 614 (JLR) |
| MARK GRAYSON, | ORDER |
| Defendant. | |

Upon the application of Sean M. Maher, Esq., counsel for Mark Grayson (BOP Reg. No. 70887-054), in reference to the above-captioned matter, IT IS HEREBY ORDERED that:

(1) The Defendant, Mr. Mark Grayson, shall appear at all trial proceedings in civilian clothing;

(2) MDC Brooklyn shall admit through Mr. Maher or his representative, or through any person approved to visit with Mr. Grayson at MDC Brooklyn, the following items of civilian clothing for use at trial:

two (2) dress suit jackets      four (4) ties
four (4) dress suit pants       two (2) belts
five (5) dress shirts           two (2) pairs of dress shoes
two (2) sweaters                seven (7) pairs of socks

(3) Mr. Maher or his representative or any person approved to visit with Mr. Grayson at the MDC Brooklyn shall be allowed to pick up dirty clothing and substitute clean clothing in addition to receiving and replacing clothing that does not fit for the duration of the trial, which is expected to last one week.

The Bureau of Prisons and the MDC Brooklyn are DIRECTED to comply with this ORDER.

Dated: New York, New York
       September  11 , 2024

This resolves the Letter Motion at Dkt. 46.

*Jennifer Rochon*
Hon. Jennifer L. Rochon
United States District Judge