UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

MARK GRAYSON,

            Defendant.

23-cr-00614 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

As stated at the December 17, 2024 conference, Sean Maher is relieved as counsel at the request of Defendant and E. Danya Perry is hereby appointed.

The sentencing is adjourned to **January 22, 2025 at 12:00 p.m**.

No later than January 13, 2025, defense counsel shall submit a letter indicating whether the pending Violations of Supervised Release in Case No. 18-cr-0645 will be resolved as part of the January 22, 2025 sentencing.

Dated: December 17, 2024
       New York, New York

                                            SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge