

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

**VIA ECF**

January 21, 2025

Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.  The sentencing is adjourned
from January 22, 2025 to **January 30, 2025 at 2:30 p.m**.

Dated: January 21, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**RE:** *United States v. Mark Grayson*, **18 Cr. 645 (JLR) & 23 Cr. 614 (JLR)**

Dear Judge Rochon:

    I write on behalf of Defendant Mark Grayson, pursuant to the Court's December 17, 2024 order (Dkt. 76) adjourning Defendant's sentencing to January 22, 2025 at 12:00 p.m. Unfortunately, despite best efforts, the undersigned has been unable to meet with Defendant due in part to counsel's service of jury duty. The defense would benefit from a brief adjournment of sentencing to allow counsel time to meet with Defendant in advance of his appearance. For the foregoing reasons, and with the Government's consent, we request a brief adjournment of Defendant's sentencing hearing to January 30, 2025 at or after 2:00 p.m.

Respectfully submitted,

E. Danya Perry
dperry@danyaperrylaw.com
(212) 840-7939

*Attorney for Defendant Mark*
*Grayson*